**Robert GRAY, Plaintiff—Appellant,**

v.

**RENT–A–CENTER WEST, INC., Defendant—Appellee.**

No. 07–35185.

United States Court of Appeals, Ninth Circuit.

Sept. 25, 2008.

Daniel J. Snyder, Law Offices of Daniel J. Snyder, Portland, OR, for Plaintiff-Appellant.

Robert Francois Friedman, I, Esquire, Littler Mendelson, P.C., Dallas, TX, Michael T. Garone, Schwabe, Williamson & Wyatt, Portland, OR, for Defendant-Appellee.

D.C. No. CV–06–01058–MWM/DJH.

Before: GOODWIN, PREGERSON, and REINHARDT, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

## ORDER

The parties' joint motion to vacate unpublished memorandum disposition filed on August 21, 2008, —— Fed.Appx. ——, 2008 WL 3890501, is GRANTED.

The memorandum disposition filed August 21, 2008, is vacated, and the appeal is dismissed with prejudice.

The motion in the alternative, for extension of time to file petition for rehearing and petition for rehearing, is DENIED as moot.